UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3423-AHM (AJWx) | Date | August 8, 2008 |
|---|---|---|---|
| Title | NUANCE COMMUNICATIONS, INC. v. ECOPY, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Defendant's Motion to Change Venue to District of Massachusetts [16]; Plaintiff's Motion to Change Venue to Northern District of California [24]. The parties will be notified if a hearing is necessary.

|  | : |
|---|---|
| Initials of Preparer | SMO |